(see instructions, page 1 of this form)

②
7-10-01
SC

## FORMA PAUPERIS DECLARATION

I, **Dana S. Maye-El**, do hereby certify that I am a citizen of the United States of America, that because of my poverty I am unable to pay the costs of said suit or action; that I am unable to give security for the same: and that I believe I am entitled to the redress I seek in said suit or action.

I have in my prison account    **,57¢**    .

Executed at  USP Allenwood, White Deer, PA .
                Name of Institution, City, and State

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **6-27-2001**
                    Date

**Dana S. Maye-El**
Signature of Petitioner

-9-

```
                    ACCOUNT
                   STATEMENT
USP ALLENWOOD*LIMITED OFFICAL USE*      DATE 06/27/01
P.O. BOX 3500                           PAGE No.01
WHITE DEER, PA  17810



                                  Account # 18118050


        MAYE, DANA S
        IA
```

| BEGINNING | AVAILABLE BALANCE | ENCUMBRANCE BALANCE | OUTSTANDING BALANCE | SPECIAL BALANCE | ACCOUNT BALANCE |
|---|---|---|---|---|---|
| | .07 | .00 | .00 | .00 | .07 |

| INVOICE | TIME | DATE | TRANSACTION DESCRIPTION | AMOUNT | |
|---|---|---|---|---|---|
| SEP00P | 8:40 | 10-04-00 | PERFORMANCE PAY | 2.04 | 2.11 |
| SEP00U | 10:00 | 10-04-00 | UNICOR PAY | 25.99 | 28.10 |
| 000015 | 13:21 | 10-04-00 | SALE / REGULAR | 11.35- | 16.75 |
| 104603 | 16:37 | 10-04-00 | DEPOSIT ITS FUNDS | 10.00- | 6.75 |
| 10770D | 14:34 | 10-07-00 | DEPOSIT ITS FUNDS | 2.00- | 4.75 |
| 1083A6 | 8:19 | 10-08-00 | DEPOSIT ITS FUNDS | 2.00- | 2.75 |
| 108D67 | 15:01 | 10-08-00 | DEPOSIT ITS FUNDS | 1.00- | 1.75 |
| 108424 | 17:25 | 10-11-00 | DEPOSIT ITS FUNDS | 1.00- | .75 |
| OCT00U | 14:24 | 11-03-00 | UNICOR PAY | 83.03 | 83.78 |
| 11CF5C | 11:41 | 11-04-00 | DEPOSIT ITS FUNDS | 20.00- | 63.78 |
| JV-040 | 11:02 | 11-07-00 | COMMISSARY FORM | 5.95- | 57.83 |
| 000005 | 13:51 | 11-08-00 | SALE / REGULAR | 51.00- | 6.83 |
| 1236C4 | 7:51 | 11-11-00 | DEPOSIT ITS FUNDS | 6.00- | .83 |
| NOV00U | 11:44 | 12-05-00 | UNICOR PAY | 82.92 | 83.75 |
| 13647D | 16:36 | 12-05-00 | DEPOSIT ITS FUNDS | 10.00- | 73.75 |
| 000005 | 14:04 | 12-06-00 | SALE / REGULAR | 46.75- | 27.00 |
| 137BD0 | 16:52 | 12-06-00 | DEPOSIT ITS FUNDS | 13.00- | 14.00 |
| 000001 | 13:40 | 12-13-00 | SALE / REGULAR | 9.75- | 4.25 |
| 14159C | 15:57 | 12-16-00 | DEPOSIT ITS FUNDS | 2.00- | 2.25 |
| 14238E | 15:22 | 12-17-00 | DEPOSIT ITS FUNDS | 2.00- | .25 |
| DEC01U | 14:03 | 01-04-01 | UNICOR PAY | 84.76 | 85.01 |
| 155D37 | 20:53 | 01-04-01 | DEPOSIT ITS FUNDS | 15.00- | 70.01 |
| 157752 | 13:11 | 01-05-01 | DEPOSIT ITS FUNDS | 5.00- | 65.01 |
| 000030 | 19:08 | 01-06-01 | SALE / REGULAR | 63.75- | 1.26 |
| 15DD62 | 11:12 | 01-13-01 | DEPOSIT ITS FUNDS | 1.00- | .26 |
| T05208 | 14:42 | 01-16-01 | MONEY ORDER | 20.00 | 20.26 |
| 000006 | 13:55 | 01-17-01 | SALE / REGULAR | 10.40- | 9.86 |
| 161527 | 17:21 | 01-17-01 | DEPOSIT ITS FUNDS | 5.00- | 4.86 |
| 163823 | 11:01 | 01-20-01 | DEPOSIT ITS FUNDS | 2.00- | 2.86 |
| 163FE8 | 19:16 | 01-20-01 | DEPOSIT ITS FUNDS | 2.00- | .86 |
| 000002 | 13:47 | 01-31-01 | SALE / REGULAR | .75- | .11 |
| JAN01U | 13:46 | 02-05-01 | UNICOR PAY | 142.84 | 142.95 |
| 17087C | 16:42 | 02-06-01 | DEPOSIT ITS FUNDS | 20.00- | 122.95 |
| 000013 | 14:19 | 02-07-01 | SALE / REGULAR | 61.40- | 61.55 |
| P-0856 | 11:09 | 02-09-01 | COMMISSARY FORM | 40.00- | 21.55 |
| 17506F | 9:45 | 02-11-01 | DEPOSIT ITS FUNDS | 6.00- | 15.55 |
| 1759E | 14:48 | 02-11-01 | DEPOSIT ITS FUNDS | 2.00- | 13.55 |
| 000017 | 14:24 | 02-14-01 | SALE / REGULAR | 10.40- | 3.15 |
| 177F83 | 16:33 | 02-14-01 | DEPOSIT ITS FUNDS | 3.00- | .15 |
| FEB01U | 16:14 | 03-02-01 | UNICOR PAY | 147.32 | 147.47 |
| 18695D | 7:12 | 03-03-01 | DEPOSIT ITS FUNDS | 17.00- | 130.47 |

```
                    ACCOUNT
                    STATEMENT
USP ALLENWOOD*LIMITED OFFICAL USE*        DATE 06/27/01
P.O. BOX 3500                             PAGE No.03
WHITE DEER, PA  17810



                                    Account # 18118050


       MAYE, DANA S
       IA


|INVOICE| TIME |  DATE  | TRANSACTION DESCRIPTION  |  AMOUNT |||||||||||||
 000004  12:42  05-30-01 SALE / REGULAR              15.45-      5.56
 1CA4F6  16:37  06-01-01 DEPOSIT ITS FUNDS            3.00-      2.56
 1CB297  10:51  06-02-01 DEPOSIT ITS FUNDS            2.00-       .56
 MAY01U   8:39  06-06-01 UNICOR PAY                 119.03     119.59
 000011  12:31  06-06-01 SALE / REGULAR              19.10-    100.49
 1CF57D  20:04  06-06-01 DEPOSIT ITS FUNDS            5.00-     95.49
 000007  11:13  06-07-01 SALE / REGULAR              74.95-     20.54
 1D02E7  19:39  06-07-01 DEPOSIT ITS FUNDS            5.00-     15.54
 1D1628  10:09  06-09-01 DEPOSIT ITS FUNDS            1.00-     14.54
 1D1AE2  14:32  06-09-01 DEPOSIT ITS FUNDS            2.00-     12.54
 1D2677   8:52  06-10-01 DEPOSIT ITS FUNDS            7.00-      5.54
 1D73A1  12:48  06-15-01 DEPOSIT ITS FUNDS            2.00-      3.54
 1D82EE  15:36  06-17-01 DEPOSIT ITS FUNDS            2.00-      1.54
 1D87D0  20:43  06-17-01 DEPOSIT ITS FUNDS            1.00-       .54

              **** TRANSACTION TOTAL ****              .47




----ENDING----AVAILABLE  ENCUMBRANCE  OUTSTANDING  SPECIAL   ACCOUNT
              BALANCE    BALANCE      BALANCE      BALANCE   BALANCE
                .54        .00          .00          .00       .54
```

```
                    ACCOUNT
                    STATEMENT
USP ALLENWOOD*LIMITED OFFICAL USE*      DATE 06/27/01
P.O. BOX 3500                           PAGE No.02
WHITE DEER, PA  17810


                                        Account # 18118050


        MAYE, DANA S
        IA


|INVOICE| TIME |  DATE  | TRANSACTION DESCRIPTION  |  AMOUNT |||||||||||||||
  188793 16:06  03-04-01 DEPOSIT ITS FUNDS            6.00       124.47
  P-1031 11:34  03-07-01 COMMISSARY FORM             50.00-       74.47
  000014 14:31  03-07-01 SALE / REGULAR              62.70-       11.77
  18E596 17:28  03-10-01 DEPOSIT ITS FUNDS            2.00-        9.77
  18F487 14:58  03-11-01 DEPOSIT ITS FUNDS            2.00-        7.77
  191937 21:36  03-13-01 DEPOSIT ITS FUNDS            4.00-        3.77
  194076 10:05  03-17-01 DEPOSIT ITS FUNDS            1.00-        2.77
  194238 11:46  03-17-01 DEPOSIT ITS FUNDS            2.00-         .77
  MAR01U 17:36  04-04-01 UNICOR PAY                 167.49       168.26
  1A1A94 19:39  04-05-01 DEPOSIT ITS FUNDS            5.00-      163.26
  JV-187 10:57  04-06-01 COMMISSARY FORM              6.12-      157.14
  P-1209 11:16  04-06-01 COMMISSARY FORM             70.00-       87.14
  P-1210 11:16  04-06-01 COMMISSARY FORM              5.00-       82.14
  P-1210 13:16  04-06-01 COMMISSARY FORM              5.00        87.14
  1A2A00 19:03  04-06-01 DEPOSIT ITS FUNDS            5.00-       82.14
  1A4CCC 12:53  04-08-01 DEPOSIT ITS FUNDS            3.00-       79.14
  T09093 13:33  04-09-01 MONEY ORDER                 20.00        99.14
  P-1213  9:51  04-10-01 COMMISSARY FORM              5.00-       94.14
  000013 13:08  04-11-01 SALE / REGULAR              63.20-       30.94
  1A8123 21:29  04-11-01 DEPOSIT ITS FUNDS            5.00-       25.94
  JV-187  8:04  04-12-01 COMMISSARY FORM              1.23-       24.71
  1A9C55  7:21  04-14-01 DEPOSIT ITS FUNDS            5.00-       19.71
  1AAC6A  8:26  04-15-01 DEPOSIT ITS FUNDS            5.00-       14.71
  000003 12:53  04-18-01 SALE / REGULAR               8.25-        6.46
  1AD909 20:47  04-18-01 DEPOSIT ITS FUNDS            3.00-        3.46
  1AF262  7:24  04-21-01 DEPOSIT ITS FUNDS            1.00-        2.46
  1AF555 11:27  04-21-01 DEPOSIT ITS FUNDS            2.00-         .46
  APR01U  9:57  05-03-01 UNICOR PAY                  82.80        83.26
  1B78F5 20:47  05-03-01 DEPOSIT ITS FUNDS           10.00-       73.26
  1B98FC 20:22  05-05-01 DEPOSIT ITS FUNDS            1.00-       72.26
  1B9CC0  8:05  05-06-01 DEPOSIT ITS FUNDS            2.00-       70.26
  1B9F4F 11:16  05-06-01 DEPOSIT ITS FUNDS            3.00-       67.26
  T10435 11:56  05-08-01 MONEY ORDER                 25.00        92.26
  000003 12:37  05-09-01 SALE / REGULAR              28.55-       63.71
  1BC762 17:12  05-09-01 DEPOSIT ITS FUNDS           10.00-       53.71
  P-1467 10:53  05-10-01 COMMISSARY FORM              7.00-       46.71
  1BF54C  8:32  05-13-01 DEPOSIT ITS FUNDS            3.00-       43.71
  1BF79A 10:57  05-13-01 DEPOSIT ITS FUNDS            3.00-       40.71
  1C0A31 17:10  05-14-01 DEPOSIT ITS FUNDS            5.00-       35.71
  1C250F 16:36  05-17-01 DEPOSIT ITS FUNDS            2.00-       33.71
  1C26B4 17:31  05-17-01 DEPOSIT ITS FUNDS            2.00-       31.71
  1C3151 17:06  05-18-01 DEPOSIT ITS FUNDS            2.00-       29.71
  1C37E3 10:06  05-19-01 DEPOSIT ITS FUNDS            4.00-       25.71
  000002 12:40  05-23-01 SALE / REGULAR               4.70-       21.01
```

UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

United States

v

**Dana S. Maye-El**
Petitioner

CERTIFICATE

I hereby certify that the petitioner herein has the sum of $ 0.54 on account to his credit at the USP-ALLENWOOD institution where he is confined.

I further certify that petitioner likewise has the following securities to his credit according to the records of said USP ALLENWOOD institution:

_____
_____
_____
_____

N. CRAIG, INMATE ACCOUNTS
Authorized Officer of Institution

-10-