UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DANA SCOTT MAYE-EL, : CIVIL NO. **1:CV-01-1258**
:
    Petitioner : (Judge Kane)
v. :
: (Magistrate Judge Smyser)
JAKE MENDEZ, Warden, :
:
    Respondent :

**ORDER**

**IT IS ORDERED** that:

(1) Petitioner's application to proceed *in forma pauperis* is **DENIED**; and

(2) Petitioner shall pay the $5.00 filing fee on or before **August 3, 2001** or show cause why he is unable to do so.

                                                  J. Andrew Smyser
                                                Magistrate Judge

Dated: July 13, 2001.

FILED
HARRISBURG, PA
JUL 13 2001
MARY E. D'ANDREA, CLERK
PER_____ DEPUTY CLERK

AO 72A
(Rev.8/82)

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

July 13, 2001

Re:  1:01-cv-01258   Maye-El v. Mendez

True and correct copies of the attached were mailed by the clerk to the following:

```
Dana Scott Maye-El
USP-ALLENWOOD
Maximum Security Correct. Inst.
18118-050
P.O. Box 3000
White Deer, PA  17887
```

cc:
Judge                          (✓)         ( ) Pro Se Law Clerk
Magistrate Judge               (✓)         ( ) INS
U.S. Marshal                   ( )         ( ) Jury Clerk
Probation                      ( )
U.S. Attorney                  ( )
Atty. for Deft.                ( )
Defendant                      ( )
Warden                         ( )
Bureau of Prisons              ( )
Ct Reporter                    ( )
Ctroom Deputy                  ( )
Orig-Security                  ( )
Federal Public Defender        ( )
Summons Issued                 ( )  with N/C attached to complt. and served by:
                                    U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5            ( )
Order to Show Cause            ( )  with Petition attached & mailed certified mail
                                    to:  US Atty Gen   ( )   PA Atty Gen ( )
                                         DA of County  ( )   Respondents ( )

Bankruptcy Court               ( )
Other_____    ( )

                                              MARY E. D'ANDREA, Clerk

DATE:   7-13-01                        BY:  _____
                                            Deputy Clerk