UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Dana S. Maye-El
    Petitioner

V.

Jake Mendez, Warden,
    Respondent

Civil NO. 1:cv-01-1258

(Judge Kane)

(Magistrate Judge Smyser)

FILED
HARRISBURG

JUL 23 2001

MARY E. D'ANDREA, CLERK
Per _____
    DEPUTY CLERK

    Magistrate Judge Smyser and or Deputy Clerk.
To whom ever it may concern. On the night of 7/16/2001 around 11pm I received a letter from this court denying my application to proceed in forma pauperis for 1: CV-01-1258 stating I must pay 5.00 filing fee by 8/3/2001, or give reason why I can not pay. On 7/17/2001 at 7:30 am I submitted to my counselor a Mr. E. Fisher, here at USP Allenwood, a form 24 requesting that five dollars be taken from my inmate account and released to this court. I don't know the procedure it takes length wise, but its been done on the 17th of this month.
    I point this out because 7/18/2001 it has not been taken from my account. Mr. Fisher has I believe, has a personal distaste for me, because I reported his carelessness to this same court on another issue, which he brought to my attention in the resent past. I ask this court if I'm not allowed by the people at USP Allenwood to have my five Dollers in this Honorable Court by 8/3/2001 please call the business office here and see that from the 13th of this month until this court is allowed to receive the money from my account, it will remain there. I beg this court to understand what obstacles I face to get the fee there in a timely manner, and know that it is imperative that my motion proceeds? I will submit another form 24 if necessary.

Respectfully submitted

July 19, 2001  *Dana S. Maye-El*
                         Dana S. Maye-El