⑤

7/30/01

SC

1:CV-01-1258

**FILED**
**HARRISBURG**

JUL 2 7 2001

MARY E. D'ANDREA, CLERK
Per_____
           DEPUTY CLERK

Filing fee for
H/C Petition

```
General Depository for credit to
United States Treasury Symbol 4667

Fri Jul 27 09:24:06 2001

UNITED STATES DISTRICT COURT

SCRANTON    , PA

Receipt No.    111 134427
Cashier        jill

Tender Type  CHECK

Check Number: 08313864

Transaction Type  N

D0 Code   Div No    Acct
4667       1       086900

Amount            $   5.00

U.S. TREASURY AUSTIN, TEXAS

FILING FEE FOR H/C PETITION 1:CV-01-
1258 DANA MAYE-EL




cn



Fri Jul 27 09:24:06 2001

Check No. 08313864
Amount    5.00
Pay any Federal Reserve Bank or
General Depository for credit to
```