⑥
8/7/01

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DANA SCOTT MAYE-EL,                    :        CIVIL NO. **1:CV-01-1258**
                                       :
                Petitioner             :        (Judge Kane)
        v.                             :
                                       :        (Magistrate Judge Smyser)
JAKE MENDEZ, Warden,                   :        **FILED**
                                       :        **HARRISBURG, PA**
                Respondent             :

                                                AUG 0 6 2001

                                                MARY E. D'ANDREA, CLERK
                        ORDER                   PER_____
                                                     DEPUTY CLERK

        Petitioner having paid the $5.00 filing fee, **IT IS**

**HEREBY ORDERED** that:


        1.   Respondent shall show cause on or before **August 27,**

**2001** why the petitioner should not be granted habeas corpus

relief;


        2.   A determination as to whether or not the petitioner

shall be produced for a hearing will be held in abeyance pending

the filing of a response;


        3.   Petitioner shall, if he so desires, file a reply to

the response to the show cause order within ten (10) days of its

filing; and

AO 72A
(Rev.8/82)

   4.   The Clerk is directed to serve a copy of the petition and this Order on the United States Attorney and to note the address of the United States Attorney on the front of the docket sheet in this case.  **All documents filed by the parties and by the Court shall be served upon the United States Attorney.**

                                        _____
                                        J. Andrew Smyser
                                        Magistrate Judge


Dated:   August 6, 2001.

2

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

August 6, 2001

Re:   1:01-cv-01258    Maye-El v. Mendez

True and correct copies of the attached w
to the following:

    Dana Scott Maye-El
    USP-ALLENWOOD
    Maximum Security Correct. Inst.
    18118-050
    P.O. Box 3000
    White Deer, PA   17887

cc:
Judge                           (  )
Magistrate Judge                (  )
U.S. Marshal                    (  )
Probation                       (  )
U.S. Attorney                   (  )
Atty. for Deft.                 (  )
Defendant                       (  )
Warden                          (  )
Bureau of Prisons               (  )
Ct Reporter                     (  )
Ctroom Deputy                   (  )
Orig-Security                   (  )
Federal Public Defender         (  )
Summons Issued                  (  ) with N/C attach
                                     U.S. Marshal (
Standard Order 93-5             (  )
Order to Show Cause             (  ) with Petition a
                                     to:  US Atty Ge
                                          DA of Coun
Bankruptcy Court                (  )
Other_____        (  )

U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided

Postage      $
Certified Fee
Return Receipt Fee
(Endorsement Required)
Restric
(Endors
Total
Recip.
Street,
City, S

PS Form 3800, February 2000    See Reverse for Instruct

John Ashcroft, Attorney General
U. S. Department of Justice
P.O.Box 878, Ben Franklin Station (mailer)
Washington D. C. 20044

Restricted Delivery Fee
(Endorsement Required)
Total Postage & Fees   $

Recipient's Name (Please Print Clearly) (To be completed by mailer)
Martin Carlson, Acting USA
Street, Apt. No.; or PO Box No.
P.O.Box 11754
City, State, ZIP+4
Harrisburg, Pa. 17108

PS Form 3800, February 2000    See Reverse for Instruction

Restricted Delivery Fee
(Endorsement Required)
Total Postage & Fees   $

Recipient's Name (Please Print Clearly) (To be completed by mailer)
Jake Mendez, Warden
Street, Apt. No.; or PO Box No.
Max. Security Correct. Inst.
City, State, ZIP+4  P.O.Box 3000
White Deer, Pa 17887

PS Form 3800, February 2000    See Reverse for Instruct

D'ANDREA, Clerk

DATE: _____8-6-01_____          BY: _____
                                     Deputy Clerk