**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Martin Carlson, Acting USA
   P.O. Box 11754
   Harrisburg, Pa. 17108

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly): [illegible]
B. Date of Delivery: AUG 0 8 2001
C. Signature: X [signature] ☐ Agent ☑ Addressee
D. Is delivery address different from item 1? ☐ Yes  ☐ No

3. Service Type: ☑ Certified Mail ☐ Express Mail ☐ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Copy from service label): 7000 0520 0023 0166 3142    1-CV-01-1258 Smyser Scanderg 8/6/01

PS Form 3811, July 1999    Domestic Return Receipt    1 of 3    102595-00-M-0952

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Jake Mendez, Warden
   Max. Security Correct. Inst.
   P.O. Box 3000
   White Deer, Pa. 17887

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly): [illegible]
B. Date of Delivery: 8-7-01
C. Signature: X [signature] ☐ Agent ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes  ☐ No

3. Service Type: ☑ Certified Mail ☐ Express Mail ☐ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Copy from service label): 7000 0520 0166 3128    1-CV-01-1258 Smyser Scanderg 8-6-01

PS Form 3811, July 1999    Domestic Return Receipt    2 of 3    102595-00-M-0952

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   John Ashcroft, Attorney General
   U.S. Department of Justice
   P.O. Box 878, Ben Franklin Station
   Washington D.C. 20044

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly): S. Lawrence
B. Date of Delivery: 8-9-0[1]
C. Signature: X [signature] ☑ Agent ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes  ☐ No

3. Service Type: ☑ Certified Mail ☐ Express Mail ☐ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Copy from service label): [cut off]

---

FILED
HARRISBU[RG]
AUG 1 4 20[01]
MARY E. D'ANDRE[A]
Per [signature]
DEPUTY CL[ERK]

1-CV-01-1[258]
Show Ca[use]
Order
8-6-01