IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DANA SCOTT MAYE-EL,<br>  Petitioner, | : | CIVIL ACTION NO. 1:CV-01-1258 |
| v. | : | (Judge Kane) |
| JAKE MENDEZ, Warden,<br>  Respondent. | : | |

FILED
HARRISBURG, PA

NOV 3 0 2001

MARY E. D'ANDREA, CLERK
Per _____
         Deputy Clerk

### ORDER

Before the Court are Petitioner's Petition for Writ of Habeas Corpus, Respondent's response, Petitioner's reply brief, the Magistrate Judge's Report and Recommendation, and Petitioner's Objections to the Report and Recommendation, and Respondent's response thereto. Upon independent _de novo_ review of the entire record and the applicable law, the Court accepts and hereby adopts the findings and recommendation of the Magistrate Judge and overrules Petitioner's objections thereto. **AND NOW**, for the reasons fully stated in Magistrate Judge Smyser's Report and Recommendation filed September 20, 2001, **IT IS ORDERED THAT** the petition for a writ of habeas corpus is **DISMISSED**. The Clerk of Court is directed to close the file.

_____
Yvette Kane
United States District Judge

Dated: November 30, 2001.

Certified from the record
Date  11-30-01
Mary E. D'Andrea, Clerk
Per _____
              Deputy Clerk

```
              UNITED STATES DISTRICT COURT
                        FOR THE
              MIDDLE DISTRICT OF PENNSYLVANIA

              * * MAILING CERTIFICATE OF CLERK * *

                      November 30, 2001
```

Re:   1:01-cv-01258   Maye-El v. Mendez

True and correct copies of the attached were mailed by the clerk to the following:

Dana Scott Maye-El
USP-ALLENWOOD
Maximum Security Correct. Inst.
18118-050
P.O. Box 3000
White Deer, PA   17887

Kate L. Mershimer, Esq.
U.S. Attorneys Office
Room 217, Federal Bldg.
228 Walnut St.
Harrisburg, Pa   17108

Marty Carlson
U.S. Attorney's Office
Room 217, Federal Building
228 Walnut St.
Harrisburg, PA   17108

cc:
Judge                      (✓)            ( ) Pro Se Law Clerk
Magistrate Judge           (✓)            ( ) INS
U.S. Marshal               ( )            ( ) Jury Clerk
Probation                  ( )
U.S. Attorney              ( )
Atty. for Deft.            ( )
Defendant                  ( )
Warden                     ( )
Bureau of Prisons          ( )
Ct Reporter                ( )
Ctroom Deputy              ( )
Orig-Security              (✓)
Federal Public Defender    ( )
Summons Issued             ( ) with N/C attached to complt. and served by:
                                U.S. Marshal ( )   Pltf's Attorney ( )
Standard Order 93-5        ( )
Order to Show Cause        ( ) with Petition attached & mailed certified mail

11-30-01