IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DANA S. MAYE-EL
       Petitioner,

     V.

JAKE MENDEZ, Warden,
       Respondent.

CIVIL ACTION NO. 1:CV-01-1258

(Judge Kane)

FILED
HARRISBURG

DEC 10 2001

MARY E. D'ANDREA, CLERK
Per _____
DEPUTY CLERK

## NOTICE OF APPEAL

Now comes Petitioner Dana S. Maye-El in a timely manner and respectfully submits this action to this respectful court and intends to move forward.

Respectfully sumitted

12/06/2001

_Dana S. Maye-El_

INFORMATION STATEMENT TO BE COMPLETED BY U.S. DISTRICT COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

HARRISBURG, PA

CAPTION:                                          DISTRICT COURT NO.  1:01-CV-1258
 DANA S. MAYE-EL
                                                 CT. OF APPEALS NO. _____
              V.

 JAKE MENDEZ

NOTICE OF APPEAL FILED    12/10/01        COURT REPORTER(S)_____

FILING FEE:

NOTICE OF APPEAL___PAID  _X_NOT PAID   ___SEAMAN

DOCKET FEE     ___PAID_X__NOT PAID     ___USA

CJA APPOINTMENT: (Attach Copy of Order)

__ PRIVATE ATTORNEY
__ DEFENDER ASSOCIATION OR FEDERAL PUBLIC DEFENDER
__ MOTION PENDING

LEAVE TO PROCEED IN FORMA PAUPERIS STATUS, IF APPLICABLE:
        (Attach Copy of Order)
__ MOTION GRANTED(IN FIRST INSTANCE)
_X_ MOTION DENIED (IN FIRST INSTANCE)
__ MOTION PENDING BEFORE DISTRICT JUDGE

CERTIFICATE OF PROBABLE CAUSE (STATE HABEAS CORPUS):
        (Attach copy of Order)
__ GRANTED
__ DENIED
__ PENDING


COPIES TO:

Judge Yvette Kane
Magistrate Judge J. Andrew Smyser
Dana S. Maye-El , Petitioner
Kate Mershimer, AUSA
Marty Carlson, AUSA


                                        PREPARED BY __Shawna L. Cihak__
                                                      Deputy Clerk

Date:  December 12, 2001



**UNITED STATES DISTRICT COURT**
*for the*
**MIDDLE DISTRICT OF PENNSYLVANIA**
*William J. Nealon Federal Bldg & U.S. Courthouse*
*235 North Washington Avenue*
*P.O. Box 1148*
*Scranton, PA 18501-1148*

*MARY E. D'ANDREA*
*Clerk of Court*

*(570) 207-5600   FAX (570) 207-5650*
*Internet Address:* <u>*www.pamd.uscourts.gov*</u>

*Divisional Offices:*

*Harrisburg:   (717) 221-392_*
*Williamsport: (570) 323-638_*

Office of the Clerk
United States Court of Appeals
for the Third Circuit
21400 United States Courthouse
601 Market Street
Philadelphia, PA  19106-1790

**RE: Dana S. Maye-El  v.  Jake Mendez**
       **USDC NO: 1:01-CV-1258**
       **USCA NO:**
       **E-mail Account: All correspondence should be sent to the e-mail account:**
       **PAMDAPPEAL1**

Dear Ms. Waldron:

A *Notice of Appeal* was filed in the above-referenced case.

|  |  |
|---|---|
| **X** | **Civil Prisoner Case: Case file and docket sheet available through RACER.** |
| _____ | **Non-Prisoner *Pro Se* Civil Case: Notice of Appeal and Docket Sheet available through RACER.** |
| _____ | **Non-Prisoner Civil Case or Criminal Case:  Notice of Appeal and Docket Sheet available through RACER.** |
| _____ | **Civil Prisoner Case: _____ Supplemental Record filed.  Documents and docket sheet available through RACER.** |
| _____ | **Non-Prisoner Civil Case or Criminal Case:** **_____ Supplemental Record filed.  Docket Sheet available through RACER.** |

         **The Clerk's Office hereby certifies the record and the docket sheet available through RACER to be the certified list in lieu of the record and/or the certified copy of the docket entries.**

Very truly yours,

**s/  Shawna L. Cihak**
Deputy Clerk

Date:   December 12, 2001