OFFICE OF THE CLERK

**MARCIA M. WALDRON**

**CLERK**

UNITED STATES COURT OF APPEALS

FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA 19106-1790

Website: http://www.ca3.uscourts.gov

TELEPHONE
215-299-4924

December 14, 2001

**NOTICE OF DOCKETING OF APPEAL**

**Maye-El v. Mendez**

**No.: 01-cv-01258**

**(Honorable Yvette Kane)**

An appeal by **Dana S. Maye-El** was filed in the above-caption case on 12/12/01, and docketed in this Court on 12/14/01, at No. **01-4377**.

Kindly use the Appeals Docket No. **01-4377** when sending documents in this matter to the Court of Appeals or requesting information regarding this case.

Please notify Case Manager **Nicole Bruno** at Nicole_Bruno@ca3.uscourts.gov of any orders, opinions, etc. filed and scanned after the Notice of Appeal has been forwarded to the Court of Appeals.

**Marcia M. Waldron**
**Clerk**

FILED
HARRISBURG, PA
DEC 14 2001
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk