OFFICE OF THE CLERK  1-9-01

MARCIA M. WALDRON  
CLERK

United States Court of Appeals  
FOR THE THIRD CIRCUIT  
21400 UNITED STATES COURTHOUSE  
601 MARKET STREET  
PHILADELPHIA 19106-1790

TELEPHONE  
215-597-2995

__Middle-Harrisburg__ Clerk of District Court   Date __1/7/02__
(District)

__May-El v. Mendez__
(Caption)                                         C. of A. No. __01-4377__

__Dana S. May-El__
(Appellant)

__01-cv-01258 J. Kane__
(D.C. No.)

RECEIVED  
HARRISBURG, PA  
JAN 11 2002  
MARY E. D'ANDREA, CLERK  
Per _____

Enclosures:

__1/7/02_____ Certified copy of C. of A. Order by the Court/Clerk
(Date)

_____ Released (Record) (Supplemental Record - First - Second - Third)

_____ Copy of this form to acknowledge receipt and return to C. of A.

_____ Record not released at this time until appeal(s) closed at No.(s)_____

_____ Please forward Certified List in Lieu of Record to this office.

_____ The certified copy of order issued as the mandate on_____
              is recalled.

                                         _____ (267)-299-__4924__
                                           Deputy Clerk        Telephone Number

Receipt Acknowledge:

__Octavia__
(Name)

__1-11-02__
(Date)

Rev. 3/13/00  
Appeals (Certified List in Lieu of Record)

EPS-008 January 4, 2002
UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 01-4377

Maye-El v. Mendez
(M.D. Pa. No. 01-cv-01258)

To: Clerk

FILED
HARRISBURG

1) Motion for Leave to Proceed In Forma Pauperis

JAN 11 2002

MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

---

The foregoing Motion is granted. The appeal will be submitted to a panel of the Court for determination under 28 U.S.C. § 1915(e)(2). The Court will also consider appellees' motion for summary affirmance of the order of the District Court. See Third Circuit Internal Operating Procedure 10.6.

A True Copy:

_____
Marcia M. Waldron,
Clerk

For the Court,

_____
Clerk

Dated: January 7, 2002
NMB/cc: Mr. DSM
        KLM, Esq.