OFFICE OF THE CLERK

**MARCIA M. WALDRON**
CLERK

**UNITED STATES COURT OF APPEALS**
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA 19106-1790

TELEPHONE
215-597-2995

_Middle-Harrisburg_ Clerk of District Court    Date _1/7/02_
(District)

_May-El v. Mendez_
(Caption)

C. of A. No. _01-4377_

_Dana S. May-El_
(Appellant)

**RECEIVED**
HARRISBURG, PA

_01-CV-01258 J/Core_
(D.C. No.)

JAN 11 2002

MARY E. D'ANDREA, CLERK
Per _____

Enclosures:

_1/7/02_ Certified copy of C. of A. Order by the Court/Clerk
(Date)

_____ Released (Record) (Supplemental Record - First - Second - Third)

_____ Copy of this form to acknowledge receipt and return to C. of A.

_____ Record not released at this time until appeal(s) closed at No.(s)_____

_____ Please forward Certified List in Lieu of Record to this office.

_____ The certified copy of order issued as the mandate on_____
        is recalled.

_[signature]_ (267)-299-_____
Deputy Clerk    Telephone Number

Receipt Acknowledge:

_Ackn'l_
(Name)

_1-11-02_
(Date)

Rev. 3/13/00
Appeals (Certified List in Lieu of Record)

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. <u>01-4377</u>

Maye-El v. Mendez

To: Clerk

1) Motion by Appellant to Correct Parties and to Amend Caption

**FILED HARRISBURG**
**JAN 1 1 2002**
MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

---

The foregoing Motion is granted. It is noted that, pursuant to the district court's order of August 7, 2001, Marty Carlson was served with the order to show cause in the district court in his capacity as Acting U.S. Attorney. Mr. Carlson will be removed as a party to the appeal and the caption will be amended to read as follows:

DANA S. MAYE-EL,
    Appellant
v.

JAKE MENDEZ, Warden, U.S. Penitentiary, Allenwood

A True Copy:

_Marcia M. Waldron_
Marcia M. Waldron,
Clerk

For the Court,

_Marcia M. Waldron_
Clerk

Dated: January 7, 2002
NMB/cc:  Mr. DSM
         KLM, Esq.

Case No. 01-4377

DANA S. MAYE-EL,
        Appellant

  v.

*JAKE MENDEZ, Warden, U.S. Penitentiary, Allenwood

   *(Amended in accordance with Clerk's Order dated 1/7/02.)