IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DANA S. MAYE-EL, | CIVIL ACTION NO. 1:CV-01-1258 |
| Petitioner, | |
| v. | (Judge Kane) |
| JAKE MENDEZ, Warden, | |
| Respondent. | |

FILED
HARRISBURG

JUL - 3 2002

MARY E. D'ANDREA, CLERK
Per:_____
DEPUTY CLERK

### ORDER

On June 24, 2002, the United States Court of Appeals for the Third Circuit issued a certified copy of their May 3, 2002 opinion in the above matter, vacating the opinion of this Court and remanding the case for further consideration. This certification was issued in lieu of a formal mandate, and this Court now has jurisdiction once again to consider the habeas petition of Dana S. Maye-El. However, as the Third Circuit notes in its opinion, Maye-El's sentence was set to expire on June 4, 2002. The Court has learned from the United States Penitentiary at Allenwood that Maye-El was, in fact, released on June 4, 2002. Maye-El has not provided the Court or the prison with a forwarding address.

**AND NOW**, therefore, the parties are **ORDERED TO SHOW CAUSE** on or before July 19, 2002 why the Court should not deny the Petition for a Writ of Habeas Corpus as moot.

_____
Yvette Kane
United States District Judge

Dated: ____3 July____, 2002.