Case No: 1:01-cv-1258   Document No: 20,   1 Copy Printed: Jul, 3, 2002  04:52 PM

Dana Scott Maye-El
18118-050
USP-ALLENWOOD
Maximum Security Correct. Inst.
P.O. Box 3000
White Deer, PA 17887

The U. S. District Court for the Middle District of PA has
established a Fax/Noticing Program effective 2/1/02.
To participate in the program, and receive notices of orders
and judgments by electronic means, please complete the
authorization form attached.

# United States District Court for the Middle District of Pennsylvania



Please file all pleadings directly with the Clerk's Office in which the assigned Judge is located. Do not file any courtesy copies with the Judge's Chambers.

| JUDICIAL OFFICERS | CLERK'S OFFICE ADDRESS |
|---|---|
| Chief Judge Thomas I. Vanaskie<br>Judge A. Richard Caputo<br>Judge James M. Munley<br>Judge William J. Nealon<br>Judge Richard P. Conaboy<br>Judge Edwin M. Kosik<br>Magistrate Judge Thomas M. Blewitt<br>Magistrate Judge Malachy E. Mannion | U.S. District Court<br>235 North Washington Ave.<br>P.O. Box 1148<br>Scranton, PA 18501 |
| Judge Yvette Kane<br>Judge Sylvia H. Rambo<br>Judge William W. Caldwell<br>Magistrate Judge J. Andrew Smyser | U.S. District Court<br>228 Walnut St.<br>P.O. Box 983<br>Harrisburg, PA 17108 |
| Judge Malcolm Muir<br>Judge James F. McClure | U.S. District Court<br>240 West Third St.<br>Suite 218<br>Williamsport, PA 17701 |

# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

## AUTHORIZATION TO TRANSMIT NOTICE OF ORDERS AND JUDGMENTS VIA ELECTRONIC MEANS

The Clerk of Court for the U.S. District Court for the Middle District of Pennsylvania is hereby authorized to transmit notice of entries of judgments and orders by electronic means in any case in which this capability exists and the undersigned appears as the attorney of record.[1]

I understand it is my responsibility to provide the Clerk's Office with a number dedicated for facsimile transmission and/or e-mail address and to notify the Clerk's Office promptly in writing if the dedicated FAX number or e-mail address changes. I also understand this electronic notice will be in lieu of notice by mail.

Printed Name: _____

PA Bar ID: _____

Firm Name: _____

Address: _____

_____

Phone: _____

Signature: _____

Date: _____

**FAX NUMBER DEDICATED FOR NOTICE:** _____

**E-MAIL ADDRESS DEDICATED FOR NOTICE:** _____

(Note: e-mail feature will not be available until Spring 2002)

Mail, fax or e-mail this authorization to:   Clerk, U.S. District Court
　　　　　　　　　　　　　　　　　　　　William J. Nealon Federal Building & U.S. Courthouse
　　　　　　　　　　　　　　　　　　　　235 North Washington Avenue
　　　　　　　　　　　　　　　　　　　　P.O. Box 1148
　　　　　　　　　　　　　　　　　　　　Scranton, PA 18501-1148

Fax (570) 207-5650　　　　　　　　　　　E-Mail: *mdpacourt @ pamd.uscourts.gov*

**Please file only one authorization form. It will activate an account in all cases in which you are an attorney of record. You will receive notice by electronic means when your account has been established.**

---

[1]February 1, 2002 - Social Security Cases and Criminal Cases are **not** included in the Middle District's progam at this time, but may be included in the future.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DANA S. MAYE-EL,
    Petitioner,

v.

JAKE MENDEZ, Warden,
    Respondent.

CIVIL ACTION NO. 1:CV-01-1258

(Judge Kane)

FILED
HARRISBURG

JUL - 3 2002

MARY E. D'ANDREA, CLERK
Per_____
    DEPUTY CLERK

### ORDER

On June 24, 2002, the United States Court of Appeals for the Third Circuit issued a certified copy of their May 3, 2002 opinion in the above matter, vacating the opinion of this Court and remanding the case for further consideration. This certification was issued in lieu of a formal mandate, and this Court now has jurisdiction once again to consider the habeas petition of Dana S. Maye-El. However, as the Third Circuit notes in its opinion, Maye-El's sentence was set to expire on June 4, 2002. The Court has learned from the United States Penitentiary at Allenwood that Maye-El was, in fact, released on June 4, 2002. Maye-El has not provided the Court or the prison with a forwarding address.

**AND NOW**, therefore, the parties are **ORDERED TO SHOW CAUSE** on or before July 19, 2002 why the Court should not deny the Petition for a Writ of Habeas Corpus as moot.

_____
Yvette Kane
United States District Judge

Dated: ____3 July____, 2002.

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
U. S. COURTHOUSE
228 WALNUT STREET
P.O. BOX 983
HARRISBURG, PA 17108

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

U.S. OFFICIAL MAIL
U.S. POSTAGE
≈ 0.370
PENALTY FOR PRIVATE USE $300
METER 590023

HARRISBURG PA
07-08-02

FILED
HARRISBURG, PA
JUL 12 2002
MARY E. D'ANDREA, CLERK
Per _____

RTS
RTS X
F

RTS
RETURN TO SENDER

☐ INSUFFICIENT ADDRESS          ☐ OTHER
☐ ATTEMPTED NOT KNOWN
☐ NO SUCH NUMBER/STREET
☒ NOT DELIVERABLE AS ADDRESSED
  - UNABLE TO FORWARD

② 7-15-02