IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DANA S. MAYE-EL, | : | CIVIL ACTION NO. 1:CV-01-1258 |
|     Petitioner, | : | |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| JAKE MENDEZ, Warden, | : | |
|     Respondent. | : | |

### ORDER

AND NOW, this 7th day of August, 2002, **WHEREAS** the Plaintiff has failed to provide the Court with a forwarding address, and failed to file a brief in response to the order to show cause issued by this Court, **IT IS ORDERED THAT** the above-captioned case is **DISMISSED** pursuant to Fed. R. Civ. P. 41(b) for failure to prosecute. The Clerk of Court shall close the file.

Yvette Kane
United States District Judge