Case No: 1:01-cv-1258   Document No: 23,   1 Copy Printed: Aug, 8, 2002  10:30 AM

Dana Scott Maye-El
18118-050
USP-ALLENWOOD
Maximum Security Correct. Inst.
P.O. Box 3000
White Deer, PA 17887

# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

## AUTHORIZATION TO TRANSMIT NOTICE OF ORDERS AND JUDGMENTS VIA ELECTRONIC MEANS

The Clerk of Court for the U.S. District Court for the Middle District of Pennsylvania is hereby authorized to transmit notice of entries of judgments and orders by electronic means in any case in which this capability exists and the undersigned appears as the attorney of record.[1]

I understand it is my responsibility to provide the Clerk's Office with a number dedicated for facsimile transmission and/or e-mail address and to notify the Clerk's Office promptly in writing if the dedicated FAX number or e-mail address changes. I also understand this electronic notice will be in lieu of notice by mail.

Printed Name: _____

PA Bar ID: _____

Firm Name: _____

Address: _____
_____

Phone: _____

Signature: _____

Date: _____

**FAX NUMBER DEDICATED FOR NOTICE:** _____

**E-MAIL ADDRESS DEDICATED FOR NOTICE:** _____

(Note: e-mail feature will not be available until Spring 2002)

Mail, fax or e-mail this authorization to:   Clerk, U.S. District Court
William J. Nealon Federal Building & U.S. Courthouse
235 North Washington Avenue
P.O. Box 1148
Scranton, PA 18501-1148

Fax (570) 207-5650         E-Mail: *mdpacourt @ pamd.uscourts.gov*

**Please file only one authorization form.** It will activate an account in all cases in which you are an attorney of record. You will receive notice by electronic means when your account has been established.

---

[1] February 1, 2002 - Social Security Cases and Criminal Cases are **not** included in the Middle District's progam at this time, but may be included in the future.

# United States District Court
# for the
# Middle District of Pennsylvania



Please file all pleadings directly with the Clerk's Office in which the assigned Judge is located. Do not file any courtesy copies with the Judge's Chambers.

| JUDICIAL OFFICERS | CLERK'S OFFICE ADDRESS |
|---|---|
| Chief Judge Thomas I. Vanaskie<br>Judge A. Richard Caputo<br>Judge James M. Munley<br>Judge William J. Nealon<br>Judge Richard P. Conaboy<br>Judge Edwin M. Kosik<br>Magistrate Judge Thomas M. Blewitt<br>Magistrate Judge Malachy E. Mannion | U.S. District Court<br>235 North Washington Ave.<br>P.O. Box 1148<br>Scranton, PA 18501 |
| Judge Yvette Kane<br>Judge Christopher C. Conner<br>Judge Sylvia H. Rambo<br>Judge William W. Caldwell<br>Magistrate Judge J. Andrew Smyser | U.S. District Court<br>228 Walnut St.<br>P.O. Box 983<br>Harrisburg, PA 17108 |
| Judge John E. Jones III<br>Judge Malcolm Muir<br>Judge James F. McClure<br>Magistrate Judge William H. Askey (part time) | U.S. District Court<br>240 West Third St.<br>Suite 218<br>Williamsport, PA 17701 |

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DANA S. MAYE-EL,<br>　　　　Petitioner, | : | CIVIL ACTION NO. 1:CV-01-1258 |
| v. | : | (Judge Kane) |
| JAKE MENDEZ,　Warden,<br>　　　　Respondent. | : | |

### ORDER

AND NOW, this 7th day of August, 2002, **WHEREAS** the Plaintiff has failed to provide the Court with a forwarding address, and failed to file a brief in response to the order to show cause issued by this Court, **IT IS ORDERED THAT** the above-captioned case is **DISMISSED** pursuant to Fed. R. Civ. P. 41(b) for failure to prosecute. The Clerk of Court shall close the file.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Yvette Kane
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

